**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SARMIENTO-ALVAREZ,** | : | CIVIL ACTION |
| | : | |
| v.    Petitioner, | : | |
| | : | |
| | : | |
| | : | **NO.  26-cv-5376** |
| **JAMISON  et al,** | : | |
| | : | |
| Respondents. | : | |

## ORDER

   **AND NOW,** this 3rd day of August, 2026, the Clerk of Court is **DIRECTED** to mark

this case closed.

                                             BY THE COURT:


                                             _____
                                             Hon. Mia R. Perez